# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br><br>Antonio Najera-Matamoros | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 3:19-mj-21387<br><br>Jeremy D Warren<br>*Defendant's Attorney* |

**FILED** MAR 22 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**REGISTRATION NO. 84201298**

THE DEFENDANT:
☒ pleaded guilty to count(s)　1 of Complaint
☐ was found guilty to count(s) _____
　after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8:1325 | ILLEGAL ENTRY (Misdemeanor) | 1 |

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ dismissed on the motion of the United States.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

☒ TIME SERVED　　☐ _____ days

☒ Assessment: $10 WAIVED　　☒ Fine: WAIVED
☒ Court recommends USMS, ICE or DHS or other arresting agency return all property and all documents in the defendant's possession at the time of arrest upon their deportation or removal. Najera - Matamoros
☒ Court recommends defendant be deported/removed with relative, Aurelia Najera charged in case 19mj21388.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Friday, March 22, 2019
Date of Imposition of Sentence

*/s/ F. A. Gossett*
HONORABLE F. A. GOSSETT III
UNITED STATES MAGISTRATE JUDGE

Received _____
　　　　　　DUSM

Clerk's Office Copy　　　　　　　　　　　　　　　　　　　　　　　　　　　3:19-mj-21387